```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 18-03973-RNO
Paul Fitzroy Gordon                                                       Chapter 7
Belinda Maureen Gordon
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-5        User: KADavis              Page 1 of 2       Date Rcvd: Sep 24, 2018
                            Form ID: 309A              Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
```
db/jdb          Paul Fitzroy Gordon,    Belinda Maureen Gordon,    1011 Upper Ridge View Drive,
                  East Stroudsburg, PA 18302-7827
tr             +John J Martin (Trustee),    Law Offices of John J Martin,    1022 Court Street,
                  Honesdale, PA 18431-1925
5110644        +BEST BUY/CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
5110645        +CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
5110647        +CITIBANK/BEST BUY,    C/O RADIUS GLOBAL SOLUTIONS LLC,    PO BOX 390905,
                  MINNEAPOLIS, MN 55439-0905
5110653        +GORDON AND GORDON ENTERPRISES INC,    1011 UPPER RIDGE VIEW DRIVE,
                  EAST STROUDSBURG, PA 18302-7827
5110654        #GORDON AND GORDON ENTERPRISES, INC.,     3864 ADLER PL STE 300,    BETHLEHEM, PA 18017-8103
5110655        +HOMEWATCH INTERNATIONAL INC,    7100 EAST BELLEVIEW AVE SUITE 101,    ENGLEWOOD, CO 80111-1634
5110656        +HRAC,   1 OLYMPIC PLACE,    SUITE 1020,    TOWSON, MD 21204-4109
5110657         HRAC LLC,   C/O AMATO KEATING AND LESSA,    109 NORTH COMMERCE WAY SUUITE 100,
                  BETHLEHEM, PA 18017-8913
5110659        +MR. COOPER,   PO BOX 619094,    DALLAS, TX 75261-9094
5110660        +NATIONSTAR/MR. COOPER,    350 HIGHLAND DR,    LEWISVILLE, TX 75067-4177
5110662        +SHAWNEE VALLEY OWNERS ASSOC,    C/O NEPA MANAGEMENT ASSOCIATES,    7164 ROUTE 209,
                  STROUDSBURG, PA 18360-7108
5110666         VERIZON WIRELESS,    ATTN CORRESPONDENCE TEAM,    PO BOX 409,    NEWARK, NJ 07101-0409
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: VRubino@newmanwilliams.com Sep 24 2018 19:20:28      Vincent Rubino,
                  Newman Williams Mishkin Corveleyn et al,    712 Monroe Street,    PO Box 511,
                  Stroudsburg, PA  18360-0511
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 24 2018 19:21:14      United States Trustee,
                  228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5110642        +EDI: AMEREXPR.COM Sep 24 2018 23:08:00     AMERICAN EXPRESS,    PO BOX 981537,
                  EL PASO, TX 79998-1537
5110643        +E-mail/Text: bankruptcy@bbandt.com Sep 24 2018 19:20:51      BB&T LOAN  SERVICES,    PO BOX 2306,
                  WILSON, NC 27894-2306
5110646        +EDI: CHASE.COM Sep 24 2018 23:08:00      CHASE BANK,    PO BOX 15298,   WILMINGTON, DE 19850-5298
5110648         EDI: WFNNB.COM Sep 24 2018 23:08:00      COMENITY BANK,    BANKRUPTCY DEPT,   PO BOX 182125,
                  COLUMBUS, OH 43218-2125
5110649        +EDI: RCSDELL.COM Sep 24 2018 23:08:00      DELL FINANCIAL SERVICES/WEBBANK,    PO BOX 81607,
                  AUSTIN, TX 78708-1607
5110651         E-mail/Text: cms-bk@cms-collect.com Sep 24 2018 19:20:53      DISCOVER BANK,
                  C/O CAPITAL MANAGEMENT SERVICES,    698 1/2 SOUTH OGDEN STREET,   BUFFALO, NY 14206-2317
5110650         EDI: DISCOVER.COM Sep 24 2018 23:08:00      DISCOVER,    PO BOX 30943,
                  SALT LAKE CITY, UT 84130
5110652         E-mail/Text: bankruptcynotice@franklincredit.com Sep 24 2018 19:20:52
                  FRANKLIN CREDIT MGMT CORP,    101 HUDSON STREET 25TH FL,   JERSEY CITY, NJ 07302
5110658        +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Sep 24 2018 19:21:43      KABBAGE,
                  PO BOX 77081,   ATLANTA, GA 30357-1081
5110661        +E-mail/Text: bankruptcy@nbtbank.com Sep 24 2018 19:21:31      NBT BANK,   20 MOHAWK ST,
                  CANAJOHARIE, NY 13317-1144
5110774        +EDI: PRA.COM Sep 24 2018 23:08:00     PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
5110663        +EDI: CITICORP.COM Sep 24 2018 23:08:00      STAPLES/CBNA,    PO BOX 6497,
                  SIOUX FALLS, SD 57117-6497
5110664         EDI: RMSC.COM Sep 24 2018 23:08:00     SYNCHRONY BANK,    ATTN BANKRUPTCY DEPT,    PO BOX 965060,
                  ORLANDO, FL 32896-5061
5110667        +EDI: WFFC.COM Sep 24 2018 23:08:00      WELLS FARGO SBL,    PO BOX 29482,
                  PHOENIX, AZ 85038-9482
                                                                                              TOTAL: 16
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5110665*        SYNCHRONY BANK,    ATTN BANKRUPTCY DEPT,    PO BOX 965060,   ORLANDO, FL 32896-5060
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2018 at the address(es) listed below:

    John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
    Vincent Rubino    on behalf of Debtor 2 Belinda Maureen Gordon
     lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newmanwilliams.com
    Vincent Rubino    on behalf of Debtor 1 Paul Fitzroy Gordon
     lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newmanwilliams.com

                                                                           TOTAL: 4

| | | **Information to identify the case:** | | |
|---|---|---|---|---|
| Debtor 1 | | **Paul Fitzroy Gordon** | Social Security number or ITIN | xxx–xx–6636 |
| | | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | **Belinda Maureen Gordon** | Social Security number or ITIN | xxx–xx–4488 |
| (Spouse, if filing) | | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | | Middle District of Pennsylvania | Date case filed for chapter 7 | September 21, 2018 |
| Case number: | | 5:18–bk–03973–RNO | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Paul Fitzroy Gordon | | Belinda Maureen Gordon |
| 2. | **All other names used in the last 8 years** | aka Paul F. Gordon, aka Paul Gordon | | aka Belinda M. Gordon, aka Belinda Gordon, aka Belinda Benavides–Gordon |
| 3. | **Address** | 1011 Upper Ridge View Drive<br>East Stroudsburg, PA 18302–7827 | | 1011 Upper Ridge View Drive<br>East Stroudsburg, PA 18302–7827 |
| 4. | **Debtor's attorney**<br>Name and address | Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360–0511 | | Contact phone 570 421–9090<br><br>Email: VRubino@newmanwilliams.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John J Martin (Trustee)<br>Law Offices of John J Martin<br>1022 Court Street<br>Honesdale, PA 18431 | | Contact phone 570 253–6899<br><br>Email: pa36@ecfcbis.com |

**For more information, see page 2**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

Debtor **Paul Fitzroy Gordon** and **Belinda Maureen Gordon**  Case number **5:18–bk–03973–RNO**

**Receiving Court Issued Orders and Notices by E-Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn-form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E-Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831-2500<br><br>Date: September 24, 2018 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 7, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br><br>**Council Chambers, 2nd Floor, Borough Municipal Building, 700 Sarah Street, Stroudsburg, PA 18360** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: January 6, 2019** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**