UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| **Paul Fitzroy Gordon** | : Chapter 7 |
| **Belinda Maureen Gordon** | : Case No. 5:18-bk-03973-RNO |
| | : |
| **Debtors** | : |
| Deutsche Bank National Trust Company, | : |
| as certificate Trustee on Behalf of | : |
| Bosco Credit II Trust Series 2010-1 | : |
| | : |
| Movant | : |
| v. | : |
| | : |
| Paul Fitzroy Gordon | : |
| Belinda Maureen Gordon | : |
| | : |
| Debtors | : |
| And | : |
| | : |
| CHARLES J. DEHART, III, ESQUIRE | : |
| Trustee | : |
| | : |
| Respondents | : |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby enters his appearance as counsel for Creditor, Deutsche Bank National Trust Company, as Certificate Trustee on Behalf of Bosco Credit II Trust Series 2010-1, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Brian E. Caine, Esq.
> PARKER McCAY P.A.
> 9000 Midlantic Drive, Suite 300
> Mount Laurel, NJ  08054
> 856-985-4059

Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document

brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: October 11, 2018

By: /s/ Brian E. Caine
BRIAN E. CAINE
PA Attorney ID #86057
**PARKER McCAY P.A.**
9000 Midlantic Drive; Suite 300
P.O. Box 5054
Mt. Laurel, NJ 08054
(856) 985-4059
Fax (856) 596-3427
bcaine@parkermccay.com
Attorney for Deutsche Bank National Trust Company, as certificate Trustee on Behalf of Bosco Credit II Trust Series 2010-1