IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Paul Fitzroy Gordon aka Paul F. Gordon aka Paul Gordon**<br>            **Belinda Maureen Gordon aka Belinda M. Gordon aka Belinda Gordon aka Belinda Benavides-Gordon**<br>                        **Debtor(s)** | CHAPTER 7 |
| **U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6**<br>                        **Movant**<br>            vs.<br><br>**Paul Fitzroy Gordon aka Paul F. Gordon aka Paul Gordon**<br>**Belinda Maureen Gordon aka Belinda M. Gordon aka Belinda Gordon aka Belinda Benavides-Gordon**<br>                        **Debtor(s)**<br><br>**John J. Martin**<br>                        **Trustee** | NO. 18-03973 RNO<br><br>11 U.S.C. Sections 362 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1011 Upper Ridge View Drive F/K/A 12 Shawnee Valley, East Stroudsburg, PA 18302 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan

modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: October 22, 2018

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)