Certificate Number: 12433-PAM-DE-031815073

Bankruptcy Case Number: 18-03973



12433-PAM-DE-031815073

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on October 25, 2018, at 8:13 o'clock PM EDT, Paul F. Gordon completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 25, 2018     By:     /s/Candace Jones

Name:   Candace Jones

Title:   Counselor