Certificate Number: 12433-PAM-DE-031815072

Bankruptcy Case Number: 18-03973



12433-PAM-DE-031815072

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 25, 2018, at 8:13 o'clock PM EDT, Belinda M. Gordon completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 25, 2018      By:   /s/Candace Jones

                                                                  Name: Candace Jones

                                                                   Title: Counselor