```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 18-03973-RNO
Paul Fitzroy Gordon                                                 Chapter 7
Belinda Maureen Gordon
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: KADavis              Page 1 of 2        Date Rcvd: Nov 20, 2018
                              Form ID: ntasset           Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.

```
db/jdb         Paul Fitzroy Gordon,    Belinda Maureen Gordon,    1011 Upper Ridge View Drive,
                 East Stroudsburg, PA 18302-7827
5110644       +BEST BUY/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5110645       +CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5110647       +CITIBANK/BEST BUY,    C/O RADIUS GLOBAL SOLUTIONS LLC,    PO BOX 390905,
                 MINNEAPOLIS, MN 55439-0905
5118419       +Deutsche Bank National Trust Company, et al,    c/o Brian E. Caine, Esq.,    PARKER McCAY P.A.,
                 9000 Midlantic Drive, Suite 300,    Mount Laurel, NJ 08054-1539
5110653       +GORDON AND GORDON ENTERPRISES INC,    1011 UPPER RIDGE VIEW DRIVE,
                 EAST STROUDSBURG, PA 18302-7827
5110654       #GORDON AND GORDON ENTERPRISES, INC.,    3864 ADLER PL STE 300,    BETHLEHEM, PA 18017-8103
5110655       +HOMEWATCH INTERNATIONAL INC,    7100 EAST BELLEVIEW AVE SUITE 101,    ENGLEWOOD, CO 80111-1634
5110656       +HRAC,   1 OLYMPIC PLACE,    SUITE 1020,    TOWSON, MD 21204-4109
5110657        HRAC LLC,   C/O AMATO KEATING AND LESSA,    109 NORTH COMMERCE WAY SUUITE 100,
                 BETHLEHEM, PA 18017-8913
5110659       +MR. COOPER,    PO BOX 619094,    DALLAS, TX 75261-9094
5110660       +NATIONSTAR/MR. COOPER,    350 HIGHLAND DR,    LEWISVILLE, TX 75067-4177
5110662       +SHAWNEE VALLEY OWNERS ASSOC,    C/O NEPA MANAGEMENT ASSOCIATES,    7164 ROUTE 209,
                 STROUDSBURG, PA 18360-7108
5110666        VERIZON WIRELESS,    ATTN CORRESPONDENCE TEAM,    PO BOX 409,    NEWARK, NJ 07101-0409
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5110642       +EDI: AMEREXPR.COM Nov 21 2018 02:18:00      AMERICAN EXPRESS,    PO BOX 981537,
                 EL PASO, TX 79998-1537
5110643       +E-mail/Text: bankruptcy@bbandt.com Nov 20 2018 19:19:04      BB&T LOAN  SERVICES,    PO BOX 2306,
                 WILSON, NC 27894-2306
5110646       +EDI: CHASE.COM Nov 21 2018 02:18:00      CHASE BANK,    PO BOX 15298,    WILMINGTON, DE 19850-5298
5110648        EDI: WFNNB.COM Nov 21 2018 02:18:00      COMENITY BANK,    BANKRUPTCY DEPT,    PO BOX 182125,
                 COLUMBUS, OH 43218-2125
5110649       +EDI: RCSDELL.COM Nov 21 2018 02:15:00      DELL FINANCIAL SERVICES/WEBBANK,    PO BOX 81607,
                 AUSTIN, TX 78708-1607
5110651        E-mail/Text: cms-bk@cms-collect.com Nov 20 2018 19:19:07      DISCOVER BANK,
                 C/O CAPITAL MANAGEMENT SERVICES,    698 1/2 SOUTH OGDEN STREET,    BUFFALO, NY 14206-2317
5110650        EDI: DISCOVER.COM Nov 21 2018 02:17:00      DISCOVER,    PO  BOX 30943,
                 SALT LAKE CITY, UT 84130
5110652        E-mail/Text: bankruptcynotice@franklincredit.com Nov 20 2018 19:19:05
                 FRANKLIN CREDIT MGMT CORP,    101 HUDSON STREET 25TH FL,    JERSEY CITY, NJ 07302
5110658       +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Nov 20 2018 19:19:48      KABBAGE,
                 PO BOX 77081,    ATLANTA, GA 30357-1081
5110661       +E-mail/Text: bankruptcy@nbtbank.com Nov 20 2018 19:19:37      NBT BANK,    20 MOHAWK ST,
                 CANAJOHARIE, NY 13317-1144
5110774       +EDI: PRA.COM Nov 21 2018 02:14:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5110663       +EDI: CITICORP.COM Nov 21 2018 02:18:00      STAPLES/CBNA,    PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
5110664        EDI: RMSC.COM Nov 21 2018 02:19:00      SYNCHRONY BANK,    ATTN BANKRUPTCY DEPT,    PO BOX 965060,
                 ORLANDO, FL 32896-5061
5110667       +EDI: WFFC.COM Nov 21 2018 02:17:00      WELLS FARGO SBL,    PO BOX 29482,
                 PHOENIX, AZ 85038-9482
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5110665*       SYNCHRONY BANK,    ATTN BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              John J. Martin    on behalf of Trustee John J Martin (Trustee) jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent   Rubino    on behalf of Debtor 2 Belinda Maureen Gordon
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com
              Vincent   Rubino    on behalf of Debtor 1 Paul Fitzroy Gordon
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Paul Fitzroy Gordon,<br>aka Paul F. Gordon, aka Paul Gordon, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:18−bk−03973−RNO |
| Belinda Maureen Gordon,<br>aka Belinda M. Gordon, aka Belinda Gordon, aka<br>Belinda Benavides−Gordon, | | |
| **Debtor 2** | | |

Social Security No.:
                     xxx−xx−6636        xxx−xx−4488

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **February 19, 2019**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov − Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 20, 2018 |

ntasset(B204)(05/18)