IN THE UNITED STAES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
PAUL FITZROY GORDON : CASE NO: 5-18-bk-03973-RNO
BELINDA MAUREEN GORDON :
 :
 :
DEBTOR(S) : CHAPTER 7

## ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY ATTORNEY AS GENERAL COUNSEL

Upon consideration of the application of John J. Martin, Trustee in the above matter, requesting authority to employ the Law Offices of John J. Martin as general counsel to Trustee, and it appearing that the United States Trustee has no objection to the appointment and the representation appears to be in the best interest of the estate, it is

**ORDERED**, that John J. Martin, Trustee in the above matter, by and hereby is authorized to employ the Law Offices of John J. Martin as general counsel upon the terms and conditions as set forth in the Application; and it is further

**ORDERED**, that compensation shall be approved by this Court upon application(s) property filed.

Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in the any amount. Such compensation is dependent on the consideration of final application for Fees. *In re Engel, 124 f. 3D 567 (3RD Cir. 1997).*

Dated: November 27, 2018         By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)

* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel,* 124 F.3d 567 (3rd Cir. 1997).