```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03973-RNO
Paul Fitzroy Gordon                                             Chapter 7
Belinda Maureen Gordon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: KADavis        Page 1 of 1        Date Rcvd: Mar 26, 2019
                            Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db/jdb          #Paul Fitzroy Gordon,   Belinda Maureen Gordon,   1011 Upper Ridge View Drive,
                East Stroudsburg, PA 18302-7827

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              John J. Martin   on behalf of Trustee John J Martin (Trustee) jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 2 Belinda Maureen Gordon
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
              Vincent Rubino    on behalf of Debtor 1 Paul Fitzroy Gordon
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Paul Fitzroy Gordon,<br>aka Paul F. Gordon, aka Paul Gordon, | Chapter 7 |
| **Debtor 1** | Case No. 5:18−bk−03973−RNO |
| Belinda Maureen Gordon,<br>aka Belinda M. Gordon, aka Belinda Gordon, aka<br>Belinda Benavides−Gordon, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−6636    xxx−xx−4488

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 26, 2019        By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

**fnldec** (05/18)